UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

L.S. POWER SKATING, INC.,

                Plaintiff,

- against -

ANGELO SERSE, ERIK KALLIO, and
PRO STRIDE, INC.,

                Defendants.
------------------------------------------------------------x

**PRELIMINARY INJUNCTION**

No. 21-CV-8796 (CS)

      Upon consideration of Plaintiff's proposed order to show cause, (ECF No. 13), together with the witness testimony, exhibits received, and argument at the February 16, 2022 hearing on this matter; the affirmations, exhibits, and memoranda of law submitted by the parties, (ECF Nos. 13-14, 20, 25); and the parties' proposed findings of fact and conclusions of law and exhibits submitted therewith, (ECF Nos. 37, 39); it is hereby

      ORDERED that, in accordance with the Court's Findings of Fact and Conclusions of Law pursuant to Federal Rules of Civil Procedure 52(a) and 65, set forth on the record on March 2, 2022 and incorporated herein:

      (i)     Defendants, and/or anyone acting on Defendants' behalf, are restrained, prohibited and enjoined from destroying, modifying, or spoliating the books, records, and other documents in their possession, however stored, including any social media files and/or postings, relative to the claims in this action as set forth in the verified complaint, (ECF No. 9);

      (ii)    Defendants, and/or anyone acting on Defendants' behalf, are restrained, prohibited and enjoined from stating or implying that Defendants have any current affiliation with Plaintiff or Laura Stamm;

1

(iii)    Defendants, and/or anyone acting on Defendants' behalf, are restrained, prohibited and enjoined from sending communications promoting Pro Stride or the business of any individual affiliated with Pro Stride to any email address that appears on Plaintiff's Constant Contacts list, unless that email address was obtained by Defendants from some other source, such as a Pro Stride instructor's personal contacts, or a mailing list purchased or otherwise obtained directly by Defendants;

(iv)    Defendants, and/or anyone acting on Defendants' behalf, shall immediately return to Plaintiff all physical property in their possession belonging to Plaintiff, to the extent they have not already done so; and

(v)    Defendants, and/or anyone acting on Defendants' behalf, shall remove any video that they have published on YouTube, or any website or social media platform, that references or suggests a current association with "Laura Stamm," "Laura Stamm Power Skating," or "L.S. Power Skating," to the extent they have not already done so.

**SO ORDERED.**

Dated:  March 2, 2022
        White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.