UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

L.S. Power Skating, Inc.,

                           Plaintiff,

            v.

Serse, et al.,

                           Defendants.
-------------------------------------------------------------X

**JUDGMENT**

7:21-CV-08796 (CS)

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Cathy Seibel, United States District Judge, and the jury having returned a verdict in favor of Defendant as to Plaintiff's outstanding claims, judgment is entered in favor of Defendants, and the case is closed.

DATED: White Plains, New York
             September 10, 2024

So Ordered:

_____
U.S.D.J.

Danny Ortiz
_____
Acting Clerk of Court

BY: _____
Deputy Clerk